Kramer Levin Robbins Russell
Lawrence S. Robbins (admitted *pro hac vice*)
Zachary N. Ferguson (admitted *pro hac vice*)
Lrobbins@KRAMERLEVIN.com
2000 K Street NW, 4th Floor
Washington, DC  20006
Telephone:	202.775.4500
Facsimile:	202.775.4510

MAYER BROWN LLP
Lee H. Rubin (SBN 141331)
lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone:	(650) 331-2000
Facsimile:	(650) 331-2060

Attorneys for Defendant
ALIREZA MOHEB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALIREZA MOHEB,<br><br>Defendant. | Case No. 4:22-cr-00132-JSW<br><br>**STIPULATION AND ORDER TO RESET JULY 22, 2022 BAIL VIOLATION HEARING TO JULY 21, 2022** |

Counsel for Defendant Alireza Moheb and counsel for the United States hereby stipulate and move this Court to reset Mr. Moheb's bail violation hearing to July 21, 2022 at 10:30 a.m. The Defendant's bail violation hearing is currently scheduled for July 22, 2022 at 10:30 am.

On July 19, 2022, the Pretrial Services Officer responsible for supervising Defendant filed a PS8 memorandum recommending that a bail violation hearing be set by the Court.  ECF No. 88. On the same date, this Court adopted the recommendation of Pretrial Services and set a bail violation hearing for Defendant for July 22, 2022 at 10:30 a.m.  ECF No. 89.

Undersigned counsel, who serves as local counsel for Defendant, is scheduled to be out of town on July 22 and thus unavailable to appear on that date.

Defendant's counsel contacted counsel for the Government and Defendant's supervising

Pretrial Services officer asking if they would consent to resetting Defendant's bail violation hearing to Thursday, July 21, 2022 at 10:30 a.m., to accommodate Defendant's counsel's scheduling conflict. The Government and Pretrial Services represented that they would be available to attend Defendant's bail violation hearing on July 21, 2022 at 10:30 a.m. and that they have no objection to resetting Defendant's hearing to take place at that time.

Undersigned counsel certifies that he has obtained approval from counsel for the United States and Pretrial Services to file this stipulation and proposed order.

IT IS SO STIPULATED

Dated: July 20, 2022

/s/ Lee H. Rubin
Lee H. Rubin
Lawrence S. Robbins
Zachary Ferguson

Attorneys for Defendant Alireza Moheb

Dated: July 20, 2022

/s/ Alexandra Shepard
Alexandra Shepard

Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, the Court hereby resets Defendant Alireza Moheb's bail violation hearing for Thursday, July 21, 2022 at 10:30 a.m., in Courtroom No. 4, Third Floor.

IT IS SO ORDERED.

DATED: July 20, 2022

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]

_____
HON. DONNA M. RYU
United States Magistrate Judge