JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Alireza MOHEB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALIREZA MOHEB,<br><br>　　　　Defendant. | NO.: CR 22-0132 JSW<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |

**STIPULATION**

The parties stipulate as follows:

1. Alireza Moheb is a defendant in this action and has been on pretrial release since July 2, 2021.

2. After several Bail Review hearings during which alleged violations were addressed, he was remanded on September 29, 2022.

3. Having spent over one month in custody and another two months of home detention since, the parties believe some relaxation of defendant Moheb's release conditions, as imposed on November 3, 2022, is in order.

4. To that end, U.S. Pretrial Officer Tim Elder had already begun allowing defendant Moheb to leave his residence from 6:00 a.m. to 9:00 p.m.

5. Because defendant Moheb has continued to perform well on supervision it is agreed that the location monitoring element of his supervision imposed on November 3, 2022 may be deleted and that the conditions delineated in the July 2, 2021 Conditions of Release and Appearance be the only governing conditions on his release from this point forward.

6. U.S. Pretrial Officer Tim Elder approves of this proposed modification.

IT IS SO STIPULATED

DATED: February 23, 2023

*-S- Wendy M. Garbers*
_____
WENDY M. GARBERS
Assistant United States Attorney

DATED: February 23, 2023

*-S- James P. Vaughns*
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant MOHEB

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 22-0132 JSW |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ALIREZA MOHEB, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the conditions of release set for defendant ALIREZA MOHEB be returned to that set of conditions expressed in the July 2, 2021 Conditions of Release and Appearance.

DATED: February 24, 2023

*IT IS SO ORDERED*
Judge Donna M. Ryu

_____
HON. DONNA RYU
United States Magistrate Judge

- 3 -