ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 22-132-JSW-1 |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF BOND AND ORDER |
| v. | |
| ALIREZA MOHEB, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Alireza Moheb, that the defendant's conditions of bond be modified to add the following three requirements (the "three requirements"):

    1. The defendant is prohibited from consuming alcohol;

    2. The defendant must submit to drug testing, as deemed appropriate by Pretrial Services;

    3. The defendant must participate in substance abuse and mental health counseling, as directed by Pretrial Services.

On July 2, 2021, the defendant had his initial appearance in Magistrate Court. Dkt. 3. On that date, the defendant was released by the Court with numerous conditions. Dkts. 3 and 4. Over time, the

STIPULATION TO MODIFY CONDITIONS OF BOND AND ORDER
Case No. CR 22-132 JSW
v. 7/10/2018

Court has added and excised certain conditions of the defendant's release. On July 27, 2021, the Court ordered that the defendant participate in mental health treatment as directed by Pretrial Services. Dkt. 14. On May 19, 2022, the Court ordered that the defendant not use alcohol. Dkt. 78. On other occasions, the Court imposed a drug testing and substance abuse counseling requirement.

On February 24, 2023, the Court granted a stipulation modifying the conditions of the defendant's release to excise the location monitoring requirement. Dkt. 174. Part of that stipulation indicated that "the conditions delineated in the July 2, 2021 Conditions of Release and Appearance be the only governing conditions on his release from this point forward." *Id*. Unfortunately, that language had the unintended impact of excising the above listed three requirements. Pretrial Services has reached out to the parties in an effort to fix this oversight.

Through this stipulation, the parties agree that these three requirements be re-added to the defendant's terms of release moving forward.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 30, 2023
/s/
CHARLES F. BISESTO
Assistant United States Attorney

DATED: June 30, 2023
/s/
JAMES PHILLIP VAUGHNS
Counsel for Defendant MOHEB

**ORDER**

The Court hereby ORDERS that the conditions of release for defendant ALIREZA MOHEB be amended to add the following terms:

1. The defendant is prohibited from consuming alcohol;
2. The defendant must submit to drug testing, as deemed appropriate by pretrial services;
3. The defendant must participate in substance abuse and mental health counseling, as directed by pretrial services.

All other conditions of the defendant's release continue to remain in effect.

IT IS SO ORDERED.

DATED: July 3, 2023

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

HONORABLE DONNA M. RYU
United States Chief Magistrate Judge