1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  CHARLES F. BISESTO (CABN 271353)
   DAN M. KARMEL (NYBN 5151485)

5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7200
      FAX: (415) 436-7234
8     Charles.Bisesto@usdoj.gov
      Dan.Karmel@usdoj.gov
9
   Attorneys for United States of America
10
                          UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                                  OAKLAND DIVISION
13

14  UNITED STATES OF AMERICA,              )   NO. CR 22-132-JSW-1
                                           )
15         Plaintiff,                      )   STIPULATION AND [PROPOSED] ORDER TO
                                           )   CONTINUE SENTENCING
16      v.                                 )
                                           )
17  ALIREZA MOHEB,                         )
                                           )
18         Defendant.                      )
                                           )
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
Case No. CR 22-132 JSW

Due to the unexpected unavailability of defense counsel, it is hereby stipulated by and between counsel for the United States and counsel for the defendant, Alireza Moheb, that the defendant's sentencing scheduled for October 3, 2023, be continued until October 17, 2023.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 3, 2023

/s/
CHARLES F. BISESTO
DAN M. KARMEL
Assistant United States Attorneys

DATED: October 3, 2023

/s/
JAMES PHILLIP VAUGHNS
Counsel for Defendant ALIREZA MOHEB

### [PROPOSED] ORDER

With the consent of the parties, IT IS HEREBY ORDERED that defendant Alireza Moheb's sentencing currently scheduled for October 3, 2023, is continued until October 17, 2023, at 1:00 p.m.

IT IS SO ORDERED.

DATED: October 3, 2023

HONORABLE JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
Case No. CR 22-132 JSW