UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALIREZA MOHEB,<br><br>    Defendant. | Case No. 22-cr-00132-JSW-1<br><br>**ORDER DENYING RENEWED MOTION TO CONTINUE SENTENCING HEARING**<br><br>Re: Dkt. No. 215 |

Now before the Court is Defendant Alireza Moheb's Renewed Motion to Continue Sentencing Hearing. Defendant requests the sentencing hearing currently set for October 17, 2023 at 1:00 p.m. be continued to December 19, 2023 at 1:00 p.m.

Defendant's sentencing hearing was originally scheduled for July 25, 2023, and it has been continued three times since that date. The Court finds that Defendant has not shown good cause to continue the sentencing hearing. Defendant's motion is DENIED.

**IT IS SO ORDERED.**

Dated: October 16, 2023

JEFFREY S. WHITE
United States District Judge