JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California  94611
Telephone:  510-583-9622
Facsimile: 510-886-7218

Attorney for Alireza MOHEB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | NO.: CR 22-0132 JSW |
| ) | |
| ) | **SENTENCING MEMORANDUM** |
| Plaintiff,    ) | **EXHIBITS** |
| ) | |
| vs.    ) | |
| ) | October 17, 2023 |
| ) | 1:00 p.m. |
| ALIREZA MOHEB,    ) | Hon. Jeffrey S. WHITE |
| ) | |
| Defendant.    ) | |

Alireza Moheb submits the following documents as Sentencing Memorandum exhibits for the Court's consideration.

1.    Certificates of Achievement,

2.    Photographs,

3.    U.S. Patent, System and Method for Classification of Dental Health,

4.    Curriculum Vitae.


DATED: October 16, 2023

                                  *-S- James P. Vaughns*

                                 _____
                                 JAMES PHILLIP VAUGHNS.
                                 Attorney for Defendant MOHEB

# EXHIBIT 1

# International College of Dentists

## Collège International de Dentistes
## Internationale Zahnärzte Akademie
## Colegio Internacional de Dentistas

INCORPORATED JULY 9, 1928, AT WASHINGTON, D.C.
UNITED STATES OF AMERICA

This is to certify that in recognition of conspicuous services rendered

NOUS CERTIFIONS PAR LES PRÉSENTES QUE, EN RECONNAISSANCE D'ÉMINENTS

ES WIRD HIERMIT BESCHEINIGT, DASS IN ANERKENNUNG HERVORRAGENDER VERDIENSTE

CERTIFICAMOS QUE EN RECONOCIMIENTO DE LOS SERVICIOS EMINENTES

### in the Art and Science of Dentistry

SERVICES RENDUS À L'ART ET À LA SCIENCE DENTAIRES PAR

IN DER KUNST UND WISSENSCHAFT DER ZAHNHEILKUNDE

EN EL ARTE Y CIENCIA DE LA ODONTOLOGIA

## Alireza Moheb

## Kingston, Jamaica

has been elected a Fellow of the International College of Dentists

CELUI-CI A ÉTÉ NOMMÉ MEMBRE DU COLLÈGE INTERNATIONAL DE DENTISTES

ZUM MITGLIED DER INTERNATIONALEN ZAHNÄRZTE AKADEMIE GEWÄHLT WORDEN IST

HA SIDO ELEGIDO MIEMBRO DEL COLEGIO INTERNACIONAL DE DENTISTAS

### F.I.C.D.

Given under the hands and the Seal of the College

NOUS SOUSSIGNÉS, AVONS À CET EFFET APPOSÉ SUR LES PRÉSENTES LE SCEAU DE NOTRE COLLÈGE

BESTÄTIGT UND MIT DEM SIEGEL DER AKADEMIE VERSEHEN

DADO, FIRMADO, Y SELLADO CON EL SELLO DEL COLEGIO

this
FAIT ET PASSÉ **January 5, 2014**
AM
DE

**President**
LE PRÉSIDENT
PRÄSIDENT
PRESIDENTE

**Registrar**
LE SECRÉTAIRE-ARCHIVISTE
REGISTRATOR
SECRETARIO





# MISCH INTERNATIONAL IMPLANT INSTITUTE

*To all persons be it known that*

## Dr. Ali-Reza Moheb

*Having satisfactorily completed the requirements for surgical fellowship and having demonstrated exceptional commitment to the standards of education and delivery of care in implant dentistry is recognized with the title*

## Surgical Implant Fellow

*Faculty*

Carl E. Misch, BS, DDS, MDS, PhD
President and Founder

*Faculty*

2014

# THE INTERNATIONAL CONGRESS OF ORAL IMPLANTOLOGISTS

ICOI 

*hereby certifies that*

## Alireza Moheb, DMD

*has satisfactorily completed the requirements for Mastership as set forth by the Board of Directors, and has demonstrated an exceptional interest in the advancement of Implant Dentistry, and is thereby recognized with the title of*

## MASTER

*of the Implant Prosthetic Section of the ICOI.*

*July 1, 2009*

_____
*IPS President*

_____
*IPS Vice President*

_____
*ICOI Co-Chairman*

_____
*ICOI Co-Chairman*





# Nova Southeastern University

## College of Dental Medicine

The Trustees of the University

on the Recommendation of the Faculty confer upon

**Alireza Moheb**

the Degree of

# Doctor of Dental Medicine

With All Rights, Privileges and Responsibilities thereto appertaining.

Witnessed with the Authorized Signatures and University Seal in

Fort Lauderdale, Florida

on May 26, 2002.

President



Chancellor

Dean



**Be it known that by virtue of the authority vested**

**In the Council of the International Postgraduate Medical College**

## DR. ALIREZA MOHEB

**Is this day appointed to the post of**

## Dean Postgraduate Studies and Research of the College

**President- Dr Christopher Ogunsalu.** MBBS, BDS, MSc. Med (Lon), FRACDS, FICD, FWACS, FICS, PhD

**Council Secretary – Professor E Barton**

**Council Member – Dr Karl Koerner**

**Executive Director- Mr. David Ogunsalu**

# EXHIBIT 2



GUIDE TO AMERICA'S
# TOP DENTISTS

**CONSUMERS' RESEARCH COUNCIL OF AMERICA**

- **Diabetes and Oral Health**

- **Children's Oral Health**

- **About TMJ**

**2011 EDITION**

*"America's Top Dentists"*

**Alireza Moheb, DMD, DICOI**

*Public Health Dentistry and Dental Implantology*









# EXHIBIT 3

US011653838B2

(12) **United States Patent**
Moheb

(10) Patent No.: **US 11,653,838 B2**
(45) Date of Patent: **May 23, 2023**

(54) **SYSTEM AND METHOD FOR CLASSIFICATION OF DENTAL HEALTH BASED ON DIGITAL IMAGERY**

(71) Applicant: **Alireza Moheb**, Concord, CA (US)

(72) Inventor: **Alireza Moheb**, Concord, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 376 days.

(21) Appl. No.: **16/815,738**

(22) Filed: **Mar. 11, 2020**

(65) **Prior Publication Data**

US 2021/0282645 A1     Sep. 16, 2021

(51) **Int. Cl.**
*A61B 5/00*          (2006.01)
*G06T 7/00*          (2017.01)

(52) **U.S. Cl.**
CPC .......... *A61B 5/0088* (2013.01); *A61B 5/0071* (2013.01); *A61B 5/7264* (2013.01); *A61B 5/7267* (2013.01); *A61B 5/7275* (2013.01); *G06T 7/0012* (2013.01); *A61B 2576/02* (2013.01); *G06T 2207/10012* (2013.01); *G06T 2207/10024* (2013.01); *G06T 2207/10116* (2013.01); *G06T 2207/20084* (2013.01); *G06T 2207/30036* (2013.01); *G06T 2207/30096* (2013.01)

(58) **Field of Classification Search**
CPC ... A61B 5/0088; A61B 5/0071; A61B 5/7264; A61B 5/7267; A61B 5/7275; A61B 2576/02; A61B 5/0077; A61B 5/1032; A61B 5/682; G06T 7/0012; G06T 2207/10012; G06T 2207/10024; G06T 2207/10116; G06T 2207/20084; G06T 2207/30036; G06T 2207/30096; G06T 2207/10081; G06T 2207/20081; G06T 7/0014

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,270,543 B2 * | 9/2007 | Stookey | A61B 1/247 433/29 |
| 8,647,119 B1 * | 2/2014 | Nagai | A61B 5/0088 433/29 |
| 8,768,016 B2 * | 7/2014 | Pan | G06T 7/00 382/128 |
| 10,667,770 B2 * | 6/2020 | Myyrylainen | A61B 1/24 |
| 2004/0015327 A1 * | 1/2004 | Sachdeva | A61C 7/00 702/167 |

(Continued)

OTHER PUBLICATIONS

Specification U.S. Appl. No. 62/955,321 (Year: 2019).*

*Primary Examiner* — Molly Wilburn
(74) *Attorney, Agent, or Firm* — Kramer Levin Naftalis & Frankel LLP

(57) **ABSTRACT**

Systems for detecting and measuring certain dental defects and/or existing restorations, such as lesions which may or may not invade interproximal areas, using a neural network is disclosed. In some embodiments, a patient's health conditions and certain dental conditions such as crowding, presence of implants, gum disease, etc. are also considered by an automated system to classify the dental health of a patient into one or more risk classes. The system then suggests appropriate remedial measures and an appropriate maintenance program for that patient to keep therapy within guidelines of proven standard of care, leading the way to reduce tooth loss in population.

**16 Claims, 14 Drawing Sheets**
**(9 of 14 Drawing Sheet(s) Filed in Color)**



**US 11,653,838 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0003323 A1* | 1/2005 | Katsuda | A61B 1/0676 |
| | | | 433/29 |
| 2007/0021670 A1* | 1/2007 | Mandelis | A61B 5/0088 |
| | | | 600/473 |
| 2007/0105069 A1* | 5/2007 | Yamagishi | A61B 5/0088 |
| | | | 433/29 |
| 2008/0063998 A1* | 3/2008 | Liang | G01B 11/2441 |
| | | | 433/29 |
| 2008/0170764 A1* | 7/2008 | Burns | A61B 5/0088 |
| | | | 382/128 |
| 2009/0185712 A1* | 7/2009 | Wong | G06T 7/11 |
| | | | 382/100 |
| 2016/0220200 A1* | 8/2016 | Sandholm | A61C 9/004 |
| 2018/0368694 A1* | 12/2018 | Abrams | A61C 9/006 |
| 2019/0313963 A1* | 10/2019 | Hillen | G06N 3/0454 |
| 2019/0340760 A1* | 11/2019 | Swank | G06T 7/0012 |
| 2021/0201489 A1* | 7/2021 | Ricci | G16H 70/60 |
| 2021/0338387 A1* | 11/2021 | Inam | G06T 7/0012 |
| 2021/0343400 A1* | 11/2021 | Inam | G16H 40/67 |
| 2022/0005588 A1* | 1/2022 | Ricci | A61B 6/14 |
| 2022/0012815 A1* | 1/2022 | Kearney | G06N 3/08 |

* cited by examiner

# EXHIBIT 4

Dr. Alireza Moheb, DMD,  DICOI, DABOI, FICD, FMII

U.C.  Davis
   Major: Biology,  Minor:  Behavioral Science

Nova Southeastern University, College of Dental Medicine
Ft. Lauderdale Florida
1998-2002
        Doctor of Dental Medicine
        Honors in Endodontics


2002 Fellowship International Congress of Oral  Implantologists


2009 Diplomat International Congress of Oral Implantologists


2011  Fellow International Association of Oral Maxillofacial Surgeons


2014 Fellow Misch International Implant Institute


2015 Temple University School of Dentistry, Prosthetic Certification Misch Institute


2016 Board Certified American Board of Oral Implantology Implant Dentistry ,
 Diplomate American Board of Oral Implantology

2002 California Dental Board License  Disabled Dentist Licensed


2005 Arizona Dental Board License Expired No history of disciplinary actions


EDUCATION CONTRIBUTION


2002 - 2016 Lecturer Implant Surgery  Carribian Surgical Institute / International Postgraduate
Medical College, Jamaica


2007-2014 Practice Management / Implantology  Guest Speaker
Nova Southeastern University, College of Dental Medicine , Ft Lauderdale FL.

2016- Dean Postgraduate Studies and Research at International Postgraduate Medical College
Montego Bay, Jamaica

2016 Advanced Implant Surgical Techniques Sinus Lift
  Guest Lecturer Yeditepe University Faculty of Dentistry Stunbul Turkey

2014- 2021 Founder of Approved Oral Implantology Residency Program in California and Arizona for Fellowship and Mastership Degrees.

2015-2020 Podum International Speaker on Implant Surgery and Prosthetic International Congress Oral Implantologists

PUBLICATION

2002 Evolution of Implant Dentistry , Peter Hunt DMD , Alireza Moheb University of West Indies Dental Journal 2002: 6 (1): 21

2019 Research Publication: Dental Risk Classification , Alireza Moheb DMD, Carl Misch DMD, Jason Portnof DMD. MD, RezaSaveh MD.      https://pubmed.ncbi.nlm.nih.gov/31538151

RECOGNITION

2014    Fellow International College of Dentists
        This distinction holds profound meaning as it is extended through invitation only. To be considered, a dentist without knowledge is chosen and the dentist's character undergoes a rigorous, peer-reviewed evaluation that delves into their professional achievements, service record, and dedication to advancing dentistry for the betterment of humanity. To be recognized and invited to be a Fellow signifies that an individual has not only demonstrated exceptional professional prowess but has also upheld the highest standards of ethics and integrity.

2019    Ambassador Circle International Congress of Oral Implantologists
        Nominated as a "World Leader in Implant Dentistry."  as distinguished member of Ambassador Circle of International Congress of Oral Implantologists, the largest and only education certification programs recognized internationally. I'm Among the 11 doctors nominated in the United States as dedicated educators in the field of Implant Dentistry chosen to help advance and promote education in implant dentistry.

2011 American Top Dentist for Public Health Dentistry and Dental Implantology

PATENT

2023   Artificial Intelligence Dental Imaging Diagnostics , Classification and Treatment Planning.

BUSINESS
2003 to 2021: Founder:

Unlimited Smiles :   Dental Group 20 years averaging $9.5M annual revenue California and Arizona. 8 locations Serving Government and HMO plans


Future plans
Teeth For Life International: non profit providing artificial intelligence examination through world wide digital centers.