JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California   94611
Telephone:  510-583-9622
Facsimile: 510-886-7218

Attorney for Alireza MOHEB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALIREZA MOHEB,<br><br>　　　　Defendant. | NO.: CR 22-0132 JSW<br><br>**SENTENCING MEMORANDUM EXHIBIT** *SUPPLEMENTAL*<br><br>October 17, 2023<br>1:00 p.m.<br>Hon. Jeffrey S. WHITE |

　　Alireza Moheb submits the following additional document as a Sentencing Memorandum exhibit for the Court's consideration.

1.　Letter of Dr. Christopher Ogunsalu.

DATED: October 16, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　*-S- James P. Vaughns*
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES PHILLIP VAUGHNS.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant MOHEB