1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California  94611
3  Telephone:  510-583-9622
   Facsimile: 510-886-7218
4
   Attorney for Alireza MOHEB

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 22-0132 JSW |
| Plaintiff, | **SENTENCING MEMORANDUM EXHIBIT** *SUPPLEMENTAL* |
| vs. | October 17, 2023 |
| ALIREZA MOHEB, | 1:00 p.m. Hon. Jeffrey S. WHITE |
| Defendant. | |

    Alireza Moheb submits the following additional document as a Sentencing Memorandum exhibit for the Court's consideration.

1. Letter of Dr. Christopher Ogunsalu.

DATED: October 16, 2023

                                                  *-S- James P. Vaughns*

                                                JAMES PHILLIP VAUGHNS.
                                                Attorney for Defendant MOHEB

# INTERNATIONAL POSTGRADUATE MEDICAL COLLEGE



October 16, 2023

Re: Dean Alireza Moheb DMD

Honorable Jeffrey S. White,

I hope this letter finds you in good health and spirits. I am writing to provide a character witness for our Dean Alireza Moheb DMD, a distinguished individual whose contributions to the field of dentistry have been exceptional and far-reaching. I believe that a complete understanding of his character, accomplishments, and the circumstances surrounding the current situation would provide important context for the case under consideration.

I had the privilege of meeting Dr. Moheb during his dental student years, and I have been witness to his remarkable journey ever since. With over three decades of experience in advanced training courses for specialized oral surgeons and periodontists, I can confidently say that Dr. Moheb's dedication and commitment stands out. What sets him apart is not just his pursuit of knowledge, but his exceptional capacity to inspire others and contribute to the betterment of the dental profession.

Dr. Moheb's pursuit of excellence is evident in his extensive involvement in various disciplines of dentistry, often attending advanced courses over weekends even as a junior dental student. His extraordinary dedication led him to earn an impressive 250 credit hours in advanced surgical implantology by the end of his junior year—a testament to his unwavering commitment to continuous learning and growth.

His interest in teaching was apparent early on, and it was my pleasure to facilitate his attendance in our Educator Training Program for Dental Implantology. The dental

school recognized his potential and sponsored him with a full scholarship to attend this program, which he successfully completed in 2002. Since then, he has been an active participant, lecturer, and a source of inspiration for our programs.

Beyond his academic and professional achievements, Dr. Moheb possesses a unique ability to inspire and uplift others. I've personally witnessed his positive influence on my own children, whom I would send to spend time with him during challenging periods. Their return from these visits was marked by newfound inspiration and resilience in the face of adversity.

Dr. Moheb's contributions extend to his appointments as the Dean of Postgraduate Studies and Research at International Postgraduate Medical College , as well as his recognition as an Honorary Fellow of the International College of Dentists—a prestigious honor that reflects his outstanding professional achievement and high integrity.

His selection as part of the Ambassador Circle, representing the United States in the International Congress of Oral Implantologists, further underscores his impact and influence within the dental community. His collaborations with esteemed professionals, such as the groundbreaking research on Dental Risk Classification with Dr. Carl Misch, speak to his commitment to advancing dental practice and patient care.

Moreover, Dr. Moheb's recent patented invention holds the potential to revolutionize access to dental care worldwide, particularly among underserved communities. This innovation addresses a pressing global concern, as oral health has been identified as a significant health issue by the World Health Organization.

I am well aware of the challenging circumstances Dr. Moheb currently faces, which have led to a suspension of his involvement at our educational institution due to legal considerations. However, I strongly believe that these circumstances should be viewed in the context of his history, contributions, and the tremendous potential he has for positively impacting society.

I kindly urge Your Honor to consider Dr. Moheb's extensive history of service, his recognition, his genuine intent to contribute positively, and the lack of harm caused in the isolated incident under review. His actions during this time can be attributed to a state of mind influenced by debilitating pain, medication, and personal struggles, rather than any intention to commit a crime.

In light of these factors, I respectfully request Your Honor's thoughtful consideration of Dr. Alireza Moheb's character and potential, and the role he can continue to play in advancing dentistry, education, and the health and well-being of communities.

I must emphasis that the input of Dr Moheb in Jamaica over the past 20-Years, caring for the less privileged in Jamaica needs to be recognized , particularly as this is done without any gain. His intervention to the health of patients here in Jamaica have not only uplifted life, but has saved life in many cases.

Thank you for your time and consideration.

Sincerely,

Dr Christopher Ogunsalu.

MBBS, BDS, FRACDS, FICD, FICS, FWACS, MSc(MedEon), PhD, LLB, LLM

International Postgraduate Medical College

President & CEO

Senior Lecturer section of Anatomy, Department of Basic

Medical Sciences, FMS Teaching and

Research Complex, University of the west Indies,

Mona Campus Kingston 7. Jamaica

1 (876) 363-8526